```
FILED by  R B    D.C.
ELECTRONIC
August 10, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A.E. BEAN BACKUS GALLERY & MUSEUM,
a Florida corporation,

Plaintiff,   **09-CV-14275- Martinez/Lynch**

vs.

DENNIS BOYLES,

Defendant.
_____/

### COMPLAINT FOR WILLFUL COPYRIGHT INFRINGEMENT

The Plaintiff, A.E. BEAN BACKUS GALLERY & MUSEUM, sues the Defendant, DENNIS BOYLES, for Copyright Infringement and states as follows:

### JURISDICTION AND VENUE

1. This is an action for copyright infringement, as provided for by the Copyright Act of 1976, 17 U.S.C. § 101, et. seq.

2. This court has subject matter jurisdiction of this cause, pursuant to 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over the Defendant by virtue of F.S. 48.193(1)(b), in that the Defendant has committed a tortious act in this state. Additionally, the Defendant is a citizen of Florida, residing in this district.

4. Venue is proper in this district, pursuant to 28 U.S.C. § 1400(a).

Dockets.Justia.com

## THE PARTIES

5. A.E. BEAN BACKUS GALLERY & MUSEUM, is a Florida corporation with its principal place of business located at 500 N. Indian River Drive, Ft. Pierce, Florida 34950. The A.E. "BEAN" BACKUS GALLERY AND MUSEUM was established in 1960 by Mr. Backus, the preeminent Florida landscape painter, and features the nation's largest display of Mr. Backus' original paintings.

6. DENNIS BOYLES is a citizen of Florida who, upon belief, resides in Indian River County. He is in the business of selling prints of original paintings.

## COUNT I
## COPYRIGHT INFRINGEMENT

7. This count alleges copyright infringement, pursuant to 17 U.S.C. § 501. The Plaintiff repeats and realleges paragraphs 1 - 6 above.

8. In 1958 Albert E. Backus authored a worked entitled, "IN THE GLADES". The work is an original work that may be copyrighted under U.S. law, and a copy of the work is attached hereto as Exhibit "A".

9. On May 22, 2009, the Plaintiff applied to the U.S. Copyright Office and received a Certificate of Registration for Mr. Backus' work under Registration No. VAu 984-821, with an effective date of May 22, 2009. The Plaintiff has complied in all respects with the Copyright Laws of the United States and a copy of the Registration is attached as Exhibit "B".

10. The Plaintiff is the owner by testamentary bequest and assignment of all rights in the copyrighted work.

11. During 2008, the Plaintiff learned of the Defendant's sale of unauthorized prints of the copyrighted work, as well as other Backus works. A telephone discussion occurred between

Plaintiff's counsel and the Defndant in or about November of 2008, which was followed by written communication. A copy of correspondence from Plaintiff's counsel is attached hereto as Exhibit "C".

12. During the year 2009, the Defendant continued his infringement, including the work which is the subject of this action. Upon belief, sales have been made directly by the Defendant at one or more locations in Indian River County, as well as on one or more websites. For example, the infringing work has been offered during 2009 on the website: fineartregistry.com. under the title "The Everglades" See Exhibit "D" attached.

13. The Plaintiff's copyrighted work has never been "published" making the restrictions required by 17 U.S.C. § 412 inapplicable to the present action.

14. The Defendant has not been licensed or otherwise authorized to reproduce or sell the Plaintiff's copyrighted work and will continue to infringe the Plaintiff's copyrights by reproducing and selling the infringing print.

15. The Plaintiff notified the Defendant of the nature of its violations prior to commencing this action, and the Defendant's infringement has been willful.

16. The Plaintiff has been damaged by the Defendant's actions.

## DEMAND FOR JURY TRIAL

The Plaintiff requests that all issues in this case be tried to a jury.

WHEREFORE, the Plaintiff demands that:

a. the Defendant be permanently enjoined from reproducing or distributing the Plaintiff's copyrighted works, or preparing any derivative works of copyrighted work of the Plaintiff;

b. the Defendant account for any pay the Plaintiff its damages, including statutory damages should they be elected by the Plaintiff, pursuant to 17 U.S.C. § 504;

c. the Defendant pay the Plaintiff its reasonable attorney's fees and costs of this action, pursuant to 17 U.S.C. § 505;

d. the Defendant deliver up all copies of the infringing articles in its possession and control, and deliver up all plates, molds, and other materials for the making of infringing copies;

e. the Defendant pay pre-judgment and post judgment interest on any damages awarded; and

f. the court award the Plaintiff all other relief it deems justified.

Respectfully submitted,

McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 625-6575
Facsimile: (561) 625-6572
E-mail: litigation@mspatents.com

_____
Edward F. McHale (FBN: 190300)

*Attorneys for the Plaintiff*

# EXHIBIT "A"



# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

**VAu 984-821**

**Effective date of registration:**

May 22, 2009

## Title
**Title of Work:** In the Glades

## Completion/Publication
**Year of Completion:** 1958

## Author
- **Author:** Albert Edward Backus
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Year Born:** 1906     **Year Died:** 1990

## Copyright claimant
**Copyright Claimant:** A.E. Backus Museum & Gallery, Inc.
500 N. Indian River Drive, Fort Pierce, FL, 34950, United States
**Transfer Statement:** bequeathed by will and assigned

## Rights and Permissions
**Organization Name:** McHale & Slavin, P.A.
**Name:** Carl J. Spagnuolo
**Email:** trademarks@mspatents.com     **Telephone:** 561-625-6575
**Address:** 2855 PGA Blvd.
Palm Beach Gardens, FL 33410-2910 United States

## Certification
**Name:** Carl J. Spagnuolo
**Date:** May 22, 2009
**Applicant's Tracking Number:** 2445U.000000

IPN#: 
\*\*

Registration #:   VAU000984821

Service Request #:   1-196601081

McHale & Slavin, P.A.
Carl J. Spagnuolo
2855 PGA Blvd.
Palm Beach Gardens, FL 33410-2910  United States

# EXHIBIT "C"

# MCHALE & SLAVIN, P.A.

ATTORNEYS AT LAW

U.S. & INTERNATIONAL PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

2855 PGA BOULEVARD
PALM BEACH GARDENS • FLORIDA • 33410-2910
TELEPHONE (561) 625-6575    FACSIMILE (561) 625-6572
palmbeach@mspatents.com

November 5, 2008


Dennis Boyle, President/Curator
Framer's Gallery Framing Center
591 Tenth Place
Vero Beach, FL 32960

    Re:    Copyright Infringement - Backus Paintings
            Our File No. 2445.000

Dear Mr. Boyle:

Further to our recent telephone conversations, we find it necessary to press you further for the source of the unauthorized Backus images. Your statement to me was that you did not know the source, as you obtained those images from a door-to-door sales person. While I tried to treat you with respect and offered you the benefit of the doubt, unfortunately your story to me does not align with stories you told other people and reality.

First, independent artists have advised that it is nearly impossible to re-use the canvas from a previous piece of artwork. Therefore, your statement that you have painted-over the unauthorized Backus images is apparently untenable. Secondly, you told our operatives that the unauthorized Backus images were "produced by a friend of yours."

Your undisputed actions constitute copyright infringement, which my client desires to pursue against you. Believing that you were not the actual source of the creation of the unauthorized images, my client might be satisfied to overlook your infringement activities in lieu of obtaining information regarding your source. We believe it prudent for you to govern yourself accordingly.

I look forward to hearing from you.

Sincerely,
McHale & Slavin, P.A.

*[signature]*
Carl J. Spagnuolo

MIAMI (305) 374-3311    www.mspatents.com    CHICAGO (312) 939-2515

# EXHIBIT "D"



# Fine Art Details

* dgboyles - Tags: 19

| Portfolio | Sales Gallery | Biography | Articles & Videos | Books |

*Artwork images are copyright of the artist, registrar or owner.*

Contact Owner | Add to Favorites | Find Similar

| | | |
|---|---|---|
| FAR ID: | 16980 | |
| Title: | The Everglades | Provenance | Yes |
| Artist: | Dennis Boyles | Provenance/History: | Yes |
| Size: | 30 x 24 in | Appraised: | Yes |
| Est. Value*: | $2,500.00 | Certificate of Authenticity: (COA) | Yes |
| Date Created: | 2008 | FAR Created COA/MCOD: | Yes |
| Current Status: | In Owner's Portfolio | Deaccessioned: | No |

*Estimated value on date of original registration (USD).

**CIVIL COVER SHEET**

JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases

FILED by RB D.C.
ELECTRONIC
August 10, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS
A.E. BEAN BACKUS GALLERY & MUSEUM

**DEFENDANTS**
DENNIS BOYLES

(b) County of Residence of First Listed Plaintiff: St. Lucie
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Edward F. McHale, Esq., McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410 (561) 625-6575

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ✓ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09CV 14275 JEM/FJL

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ■ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Copyright Infringement, pursuant to 17 U.S.C. Section 501

LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*    DATE 8-7-09

FOR OFFICE USE ONLY
AMOUNT 350    RECEIPT # 726147